Case No. 22-2101

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| VOTER REFERENCE FOUNDATION, LLC, | Plaintiff-Appellee, |
| v. | |
| RAÚL TORREZ, in his official Capacity as New Mexico Attorney General; and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State, | Defendants-Appellants. |

## JOINT STATUS REPORT

| | |
|---|---|
| On Appeal from the U.S. District Court for the District of New Mexico | Edward D. Greim<br>Graves Garrett LLC<br>1100 Main Street, Suite 2700<br>Kansas City, MO 64105 |
| The Honorable James O. Browning<br>Case No. 1:22-cv-222 | Tel: (816) 256-3181<br>edgreim@gravesgarrett.com |
| December 6, 2023 | *Counsel for Plaintiff-Appellee* |
| | Mark W. Allen<br>Assistant Attorney General<br>Office of the New Mexico<br>Attorney General<br>408 Galisteo St.<br>Sante Fe, NM 87501<br>Tel: (505) 490-4060<br>mallen@nmag.gov |
| | *Counsel for Defendants-Appellants* |

## **JOINT STATUS REPORT**

On August 4, 2023, this Court entered an order abating this appeal until the District Court enters final judgment in the underlying case. The Court further ordered the parties to provide joint status reports regarding the status of the proceedings in the District Court. The parties filed joint status reports on September 4, 2023, October 3, 2023, and November 2, 2023.

On October 16, 2023, the District Court held a one-day bench trial in the underlying proceeding. The parties submitted proposed findings of fact and conclusions of law to the District Court on November 9, 2023. The matter is now fully submitted to the District Court.

/s/*Edward D. Greim*
Edward D. Greim
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: (816) 256-3181
edgreim@gravesgarrett.com

*Counsel for Plaintiff-Appellee*

/s/*Mark W. Allen*
Mark W. Allen
Assistant Attorney General
Office of the New Mexico
Attorney General
408 Galisteo St.
Sante Fe, NM 87501
Tel: (505) 490-4060
mallen@nmag.gov

*Counsel for Defendants-Appellants*