# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| Voter Reference Foundation, et al. | |
| v. | Case No.   22-2101 |
| Balderas, et al. | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____Voter Reference Foundation_____
[Party Name(s)]

certifies[1] as follows:

☑  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

   Restoration Action

☐  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

12/19/2022
Date

/s/ Edward D. Greim
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

✓  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Disclosure Statement
      [date]

_____
[name of party]

at_____,
                               [address]

the last known address/email address, by

_____.
            [method of service]

12/19/2022
_____
Date

   /s/ Edward D. Greim
_____
Signature